09-1405-cv
*Sherwood v. Department of the Treasury*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of March, two thousand and ten.

PRESENT: PIERRE N. LEVAL,
         ROBERT D. SACK,
         RICHARD C. WESLEY,
                  *Circuit Judges.*

_____

CLIVE ARNEL SHERWOOD,

                  *Plaintiff-Appellant,*

CLIVE ARNEL SHERWOOD, JR.,

                  *Plaintiff,*

         -v.-                              09-1405-cv

DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, UNITED STATES, TREASURY SECRETARY TIMOTHY F. GEITHNER[*], MARY HANNAH, IRS OPERATIONS MANAGER, COLLECTION, COMMISSIONER OF INTERNAL REVENUE SERVICE, MTA-NYCTA, ALAN ABDELHACK, RICHARD DREYFUS,

                  *Defendants-Appellees.*

_____

---

[*] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Secretary of the Treasury Timothy F. Geithner is automatically substituted for former Secretary of the Treasury Henry M. Paulson, Jr., as a defendant in this case.

FOR APPELLANT:     CLIVE ARNEL SHERWOOD, *pro se*, Springfield Gardens, NY.

FOR APPELLEES:     No appearances.

Appeal from the United States District Court for the Eastern District of New York (Matsumoto, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of said district court be **AFFIRMED**.

Appellant Clive Arnel Sherwood appeals from a judgment of the United States District Court for the Eastern District of New York (Matsumoto, *J.*), which dismissed *sua sponte* his complaint challenging a levy allegedly placed on his wages by the Internal Revenue Service.  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), a court must dismiss a complaint by a litigant proceeding *in forma pauperis* if, *inter alia*, the court determines that it is frivolous or fails to state a claim upon which relief may be granted.  We conduct *de novo* review for both grounds of the district court's *sua sponte* dismissal.  *See Giano v. Goord*, 250 F.3d 146, 149-50 (2d Cir. 2001) (dismissal pursuant to § 1915(e)(2)(B)); *see also Maloney v. Soc. Sec. Admin.*, 517

F.3d 70, 74 (2d Cir. 2008) (per curiam) (dismissal pursuant to an absence of subject matter jurisdiction).

We affirm for substantially the same reasons stated by the district court in its memorandum and order. Even liberally construing his *pro se* complaint, Sherwood's substantive claims are frivolous. Contrary to Sherwood's contentions, the federal income tax is constitutional, wages are taxable income, and the Sixteenth Amendment removed the apportionment requirement for direct taxes. *See, e.g., Ficalora v. Comm'r of Internal Revenue*, 751 F.2d 85, 87 (2d Cir. 1984); *Connor v. Comm'r of Internal Revenue*, 770 F.2d 17, 20 (2d Cir. 1985) (per curiam). Sherwood also alleges that the proper procedures for placing a levy on his wages were not followed, but there is no indication that he exhausted his administrative remedies as required with respect to this claim, and the district court therefore properly dismissed this claim. *See* 26 U.S.C. §§ 7422, 7429; *see also Wapnick v. United States*, 112 F.3d 74, 75 (2d Cir. 1997) (per curiam); *United States v. Dalm*, 494 U.S. 596, 601-02 (1990).

We have considered Sherwood's remaining arguments and conclude that they are without merit.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

                                        FOR THE COURT:
                                        Catherine O'Hagan Wolfe, Clerk